**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the representative of a class of similarly situated persons,

                    Plaintiff,

          - against -

BLACK RIFLE COFFEE COMPANY LLC,

                    Defendants.
-----------------------------------------------------------X

Case No.   1:21-cv-260-WFK-PK

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Angel Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Black Rifle Coffee Company LLC.  No Answer has been filed in this case.

Dated: Scarsdale, New York
        April 23, 2021

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By: _/s/Dan Shaked_____
                                        Dan Shaked, Esq.
                                        14 Harwood Court, Suite 415
                                        Scarsdale, NY 10583
                                        Tel. (917) 373-9128
                                        Fax (718) 704-7555
                                        e-mail: ShakedLawGroup@Gmail.com

                                               **SO ORDERED.**

                                                s/ WFK
                                        _____
Dated: April 23, 2021                   HON. WILLIAM F. KUNTZ, II
      Brooklyn, New York           UNITED STATES DISTRICT JUDGE